## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 13, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  21-MJ-368 |
| | : | |
| DIANTE ARIK WILEY, | : | VIOLATIONS: |
| also known as "Sleez," | : | 18 U.S.C. § 922(a)(1)(A) |
| also known as "Taybino," | : | (Engaging in the Business of Dealing in |
| | : | Firearms Without a License) |
| Defendant. | : | 21 U.S.C. § 922(o) |
| | : | (Illegal Possession and Transfer of a |
| | : | Machinegun) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) |
| | : | (Unlawful Distribution and Possession |
| | : | with Intent to Distribute Marijuana) |
| | : | 18 U.S.C. § 924(c)(1)(B)(ii) |
| | : | (Using, Carrying, and Possessing a |
| | : | Machinegun During and in Relation to, |
| | : | and in Furtherance of, a Drug Trafficking |
| | : | Offense) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about April 17, 2019, and continuing through on or about April 9, 2021,

within the District of Columbia and elsewhere, **DIANTE ARIK WILEY**, also known as "Sleez,"

also known as "Taybino," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

**(Engaging in the Business of Dealing in Firearms Without a License**, in violation of Title 18, United States Code, Section 922(a)(1)(A))

## COUNT TWO

On or about April 9, 2021, within the District of Columbia, **DIANTE ARIK WILEY**, also known as "Sleez," also known as "Taybino," did knowingly possess and transfer a machinegun, that is, a .223 caliber M-16 type Privately Manufactured Firearm (PMF) with no serial number, that shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

**(Illegal Possession and Transfer of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

## COUNT THREE

On or about April 9, 2021, within the District of Columbia, **DIANTE ARIK WILEY**, also known as "Sleez," also known as "Taybino," knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Distribution and Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FOUR

On or about April 9, 2021, within the District of Columbia, **DIANTE ARIK WILEY**, also known as "Sleez," also known as "Taybino," did knowingly carry and use a machinegun, that is, a .223 caliber M-16 type Privately Manufactured Firearm (PMF) with no serial number, that shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, during and in relation to, and did

2

knowingly possess said machinegun in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Count Three of this indictment.

**(Using, Carrying, and Possessing a Machinegun During and in Relation to, and in Furtherance of, a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii))

## FORFEITURE ALLEGATION

1.     Upon conviction of either of the offenses alleged in Count Three or Count Four of this indictment, **DIANTE ARIK WILEY**, also known as "Sleez," also known as "Taybino," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2.     Upon conviction of either of the offenses alleged in Count One, Count Two, or Count Four of this Indictment, **DIANTE ARIK WILEY**, also known as "Sleez," also known as "Taybino," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

(a)     A fully-automatic .223 caliber M-16 type Privately Manufactured Firearm (PMF) with no serial number,

(b)     Glock, model unknown semi-automatic handgun with a 30-round high-capacity magazine (Count Two, Overt Act Two).

3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Channing Phillips/MZ*

Attorney of the United States in
and for the District of Columbia.

4