IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 21CR300-ABJ |
| ) | |
| ) | |
| DIANTE WILEY ) | |
| Defendant ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now counsel for the defendant, DIANTE WILEY, and respectfully moves this Honorable Court for permission to withdraw as counsel for the defendant. In support of this motion, Counsel states the following:

1. Counsel was appointed to represent the defendant on April 12, 2021;

2. Since that time, the defendant has retained Peter Fayne;

3. Attorney Fayne entered his appearance on July 23, 2021.

WHEREFORE, Counsel and the defendant respectfully request that this Honorable Court allow Counsel to withdraw in this matter.

                                          Respectfully submitted,
                                          DIANTE WILEY
                                          By counsel

                                                  /s/
                                          _____

                                          Dwight E. Crawley
                                          Counsel for the defendant
                                          DC BAR #472672
                                          Law Office of Dwight E. Crawley
                                          1300 I. Street, NW
                                          Suite 400e
                                          Washington, DC 20005
                                          (202)580-9794 Phone

(888) 804-1806Fax
vadclawyer@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all attorneys of record.

    /S/
_____
Dwight E. Crawley
Counsel for the defendant
DC BAR #472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400e
Washington, DC 20005
(202)580-9794 Phone
(888) 804-1806Fax
vadclawyer@gmail.com