IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | Criminal No. 21CR300-ABJ |
| ) | |
| ) | |
| DIANTE WILEY ) | |
|     Defendant ) | |

## ORDER

UPON CONSIDERATION of the motion to withdraw as counsel,

IT IS HEREBY ORDERED, that Dwight Crawley be relieved as counsel for the defendant, Diante Wiley.

_____            _____
Date                              Amy B. Jackson
                                        United States District Court Judge